MINNIE NOBLE, as Administratrix of THOMAS NOBLE, Deceased, Respondent, *v.* THE NEW YORK CENTRAL AND HUDSON RIVER RAILROAD COMPANY, Appellant.

(Submitted December 11, 1899; decided December 15, 1899.)

Motion for reargument denied, with ten dollars costs. (See 161 N. Y. 620.)

---

In the Matter of the Judicial Settlement of the Account of WILLIAM S. P. PRENTICE and THERON G. STRONG, as Sole Surviving Executors and Trustees of the Will of JOHN H. PRENTICE, Deceased, Respondents; ANNA P. TERRY, Appellant.

(Submitted December 11, 1899; decided December 15, 1899.)

Motion for reargument denied, with ten dollars costs. (See 160 N. Y. 568.)

---

HARVEY JOYCE, Appellant, *v.* THE ROME, WATERTOWN AND OGDENSBURG RAILROAD COMPANY, Respondent.

Reported below, 92 Hun, 107.
(Submitted December 4, 1899; decided December 15, 1899.)

MOTION to dismiss an appeal from a judgment of the late General Term of the Supreme Court in the fourth judicial department, entered January 10, 1896, affirming a judgment in favor of defendant entered upon a verdict.

The motion was made upon the grounds that appellant had failed to give or serve the requisite undertaking and had failed to file a proper return with the clerk of the Court of Appeals.

*Mullin, Griffin & Walker* for motion.

*John W. Shea* opposed.

Motion granted, unless appellant within twenty days files and serves undertaking required to perfect appeal, and pays ten dollars costs of motion.